# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-7008**                    **September Term, 2024**

**1:23-cv-02312-UNA**

**Filed On:** February 20, 2025

Joseph Miller-Evans,

       Appellant

   v.

Metropolitan Police Department and Bryan
Kasul, DC Metropolitan Police Detective,

       Appellees

### ON APPEAL FROM THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**BEFORE:**    Millett, Wilkins, and Rao, Circuit Judges

### J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). Upon consideration of the foregoing, it is

**ORDERED AND ADJUDGED** that the district court's order filed November 8, 2023, be affirmed. The district court correctly concluded that appellant failed to articulate a basis for the district court's jurisdiction in the complaint. See Blue Water Navy Vietnam Veterans Ass'n, Inc. v. McDonald, 830 F.3d 570, 574 (D.C. Cir. 2016) (the party claiming subject matter jurisdiction has the burden of establishing it).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

### Per Curiam

                **FOR THE COURT:**
                Clifton B. Cislak, Clerk

      BY:    /s/
              Daniel J. Reidy
              Deputy Clerk